# APPENDIX A

## WEB ADDRESS FOR THE
## RECORD OF DECISION

for the

### AQUA-TECH ENVIRONMENTAL INC. (GROCE LABS) SUPERFUND SITE
Greer, Spartanburg County, South Carolina

http://www.epa.gov/region4/waste/npl/nplsc/aquatesc.htm