# APPENDIX F

SETTLING FEDERAL AGENCIES

for the

AQUA-TECH ENVIRONMENTAL INC. (GROCE LABS) SUPERFUND SITE
Greer, Spartanburg County, South Carolina

EXHIBIT F
SETTLING FEDERAL AGENCIES

1. Annapolis Hospital
2. Anniston Army Depot
3. Bethesda Naval Medical Center
4. Brookhaven National Laboratory
5. Center for Energy & Environmental Research
6. Charleston A.F.B.
7. Charleston Naval Shipyard
8. Charleston Naval Weapons Station
9. China Lake Naval Weapons Center
10. DEH Building T-6208 Fort Lee
11. DPDO Ft. Leonardwood
12. Federal Bureau of Investigation
13. Federal Drug Enforcement Administration
14. Fitzsimmon Army Medical Center
15. Fort Gillem
16. Fort Jackson
17. Fort McPherson
18. Fort Monmouth
19. Fort Stewart
20. Great Lakes Naval Base Building #325
21. GSA/CIA
22. HHS-PHS-Food and Drug Administration
23. Langley Air Force Base
24. Marine Corps Air Station
25. Moody A.F.B.
26. Myrtle Beach A.F.B.
27. NASA Wollops Island Space Flight Center
28. NASA/Marshall Space Flight Center
29. National Archives
30. Naval Air Station Norfolk
31. Naval Amphibian Base
32. Naval Research Laboratory
33. Naval Weapons Station-Yorktown Norfolk
34. Newark Air Force Base
35. Pacific Missile Test Center (Archon Services)
36. Parris Island/ M.C.R.D.
37. Philadelphia Naval Shipyard
38. Selfridge Ang Base
39. Shaw A.F.B.
40. State of Maryland Oxford Cooperative Lab
41. The Arlington Hospital
42. US EPA Region 2
43. US Coast Guard Base-Charleston
44. US Coast Guard Support Center
45. US Department of Agriculture
46. US EPA Region II
47. US EPA Region III
48. US EPA Region III-Drake Chemical (Superfund)
49. US EPA Region IV
50. US EPA/Chemical Commodities
51. US Military Academy
52. US Naval Hospital
53. US Postal Service
54. VA Administration Supply Depot
55. Veterans Administration Hospital
56. Veterans Administration Medical Center
57. Walter Reed Army Medical Center
58. Warner-Robbins A.F.B.
59. White Oaks Laboratory
60. William Jennings Bryan Dorn Veterans Hospital
61. Wurtsmith AFB